JOHN GUTTMAN, Appellant, v. SHENK REALTY AND CONSTRUCTION COMPANY,

---

* App. Div. Rules, 2d Dept., rule 12.— [REP

Respondent.— Motion to dismiss appeal granted.  Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.